# **Exhibit 8**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS**

**KIMBERLY DIEI,**

      **Plaintiff,**

**VS.**                                                         **NO.: 2:21-cv-02071-JTF-cgc**

**RANDY BOYD ET AL.,**

      **Defendants.**

### <u>DECLARATION OF AUTHENTICITY</u>

I, Dr. Christa M. George, state as follows:

1.      I am over the age of 18, I have personal knowledge of the matters contained in this Declaration, and I am competent to testify to the matters contained herein.

2.      I am employed as an Associate Professor in the Department of Clinical Pharmacy and Translational Science at the UTHSC College of Pharmacy in Memphis, Tennessee.

3.      Since July of 2013, I have served as the Chair of the UTHSC College of Pharmacy's Professionalism Committee.

4.      Exhibit 4 to the Defendants' Motion to Dismiss is a document entitled "Standards for Student Professional Conduct," signed by Ms. Diei and a part of her student records at UTHSC.  The document has been redacted to remove Ms. Diei's telephone number and student identification number.

5.      Exhibit 5 to the Defendants' Motion to Dismiss is a series of screenshots of several frames of a video that was submitted to the Professionalism Committee as a complaint about Ms. Diei's social media posts in September 2019.

Scanned with CamScanner

6.      Exhibit 7 is a series of screenshots of social media posts that were the subject of a complaint to the Professionalism Committee about Ms. Diei in August 2020, a link to which was provided by me to Ms. Diei via e-mail on August 27, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on February _22_, 2021.

By: _Christa M George Phar D_
Christa M. George, PharmD