THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY DIEI,<br><br>*Plaintiff*,<br><br>v.<br><br>RANDY BOYD, ET AL.,<br><br>*Defendants*. | CIVIL ACTION NO.<br>2:21-cv-02071-JTF-cgc<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Kimberly Diei hereby submits this *Unopposed Motion for Extension of Time to Respond to Defendant's Motions to Dismiss* by and through the undersigned attorney. Plaintiff respectfully moves the Court for a twelve (12) day extension, until April 9, 2021, to respond to Individual Capacity Defendants' Motion to Dismiss the Fourth and Fifth Causes of Action (ECF No. 24) and Official Capacity Defendants' Motion to Dismiss the First, Second, and Third Causes of Action (ECF No. 25) ("Defendants' Motions to Dismiss"). In support of her motion, Plaintiff states as follows:

1. Plaintiff's deadline to file its answer or otherwise respond to Defendants' Motions to Dismiss is currently March 29, 2021.

2. Plaintiff's attorneys need additional time to review Defendants' Motions to Dismiss in order to prepare proper responses because Plaintiff's counsel recently had a child and had a pre-planned leave of absence.

3. Plaintiff requests she be allowed an additional twelve (12) days, up to and including April 9, 2021, to file her responses to Defendants' Motions to Dismiss.

4. Good cause exists for this request, and the brief extension of time requested will not cause prejudice to either Party or the Court.

5. Plaintiff's counsel has conferred with counsel for Defendants who have consented to the requested the twelve (12) day extension.

WHEREFORE, Plaintiff Kimberly Diei respectfully requests that the Court enter an order granting the requested extension of time for Plaintiff to respond to Defendants' Motions to Dismiss up to and including April 9, 2021.

Respectfully Submitted:

| | |
|---|---|
| */s/ Greg H. Greubel* | */s/ Edd Peyton* |
| GREG HAROLD GREUBEL | EDD PEYTON |
| PA Bar No. 321130; | TN Bar No. 25635 |
| NJ Bar No. 171622015 | SPICER RUDSTROM, PLLC |
| (admitted *Pro Hac Vice*) | 119 South Main, Suite 700 |
| FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION | Memphis, Tennessee 38103 |
| 510 Walnut Street, Suite 1250 | Tel: (901) 522-2318 |
| Philadelphia, PA 19106 | Fax: (901) 526-0213 |
| Tel: (215) 717-3473 | edd.peyton@spicerfirm.com |
| Fax: (215) 717-3440 | |
| greg.greubel@thefire.org | |

## CERTIFICATE OF CONSULTATION

I, Greg H. Greubel, hereby certify that I consulted with David A. Whitcomb, attorney for Defendants, via email on March 5, 2021, and he has no objection to this motion.

*/s/ Greg H. Greubel*
Greg H. Greubel

## CERTIFICATE OF SERVICE

I, Greg H. Greubel, hereby certify that on March 8, 2021, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's electronic filing system.

*/s/ Greg H. Greubel*
Greg H. Greubel