# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY DIEI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:21-cv-02071-JTF-cgc |
| | ) |
| RANDY BOYD, ET AL., | ) |
| | ) |
|     Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Before the Court is Plaintiff Kimberly Diei's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, filed on March 8, 2021. (ECF No. 28.) For good cause shown, Plaintiff's Motion is **GRANTED**. Accordingly, Plaintiff shall have up to and including April 9, 2021 to file her responses to Defendants' Motions to Dismiss (ECF Nos. 24 & 25).

**IT IS SO ORDERED** this 8th day of March, 2021.

    *s/ John T. Fowlkes, Jr.*
    JOHN T. FOWLKES, JR.
    UNITED STATES DISTRICT JUDGE