THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY DIEI,<br><br>*Plaintiff,*<br><br>v.<br><br>RANDY BOYD, ET AL.,<br><br>*Defendants*. | CIVIL ACTION NO.<br>2:21-cv-02071-JTF-cgc<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR LEAVE TO FILE A SINGLE BRIEF IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND TO EXCEED PAGE LIMITATION**

Plaintiff Kimberly Diei And Defendants Randy Boyd, et al. hereby submit this *Joint Motion for Leave to File a Single Brief in Response to Defendants' Motions to Dismiss and to Exceed Page Limitation* by and through the undersigned attorneys.

Plaintiff respectfully moves the Court for leave to file a single, overlength brief in response to Individual Capacity Defendants' Motion to Dismiss the Fourth and Fifth Causes of Action [Doc. 24] and Official Capacity Defendants' Motion to Dismiss the First, Second, and Third Causes of Action [Doc. 25] ("Defendants' Motions to Dismiss"). Local Rule 12.1(b) limits the length of memoranda in opposition to motions to twenty (20) pages. Plaintiff respectfully moves this Court for leave to file a single response exceeding the page limitation, not to exceed fifty (50) pages.

Defendants respectfully move this Court for leave to file reply brief(s) in response to Plaintiff's Response to Defendants' Motions to Dismiss. Local Rule 12.1(c) limits the length of reply memoranda to ten (10) pages. Defendants respectfully move this court for leave to file reply brief(s) exceeding the page limitation, not to exceed twenty (20) pages.

In support of their motion, the Parties state as follows:

1. Good cause exists for this request because the legal issues at hand in this case are complex and the Parties' requests will allow them to address those arguments more completely for the Court, and the consolidation of Plaintiff's briefing into a single response will not cause prejudice to either Party or the Court.

WHEREFORE, the Parties respectfully request that the Court enter an order granting the Plaintiff's requested leave to file a single, overlength brief in response to Defendants' Motions to Dismiss and granting the Defendants' requested leave to file an overlength reply.

Respectfully Submitted,

*/s/ Greg H. Greubel*
GREG HAROLD GREUBEL
PA Bar No. 321130;
NJ Bar No. 171622015
(admitted *Pro Hac Vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org

*/s/ Edd Peyton*
EDD PEYTON
TN Bar No. 25635
SPICER RUDSTROM, PLLC
119 South Main, Suite 700
Memphis, Tennessee 38103
Tel: (901) 522-2318
Fax: (901) 526-0213
edd.peyton@spicerfirm.com

*/s/ Frank H. Lancaster*
FRANK H. LANCASTER, BPR # 030650
Associate General Counsel
University of Tennessee
719 Andy Holt Tower
Knoxville, Tennessee 37996-0170
Tel: (865) 974-3245

flancast@tennessee.edu

## CERTIFICATE OF SERVICE

      I, Greg H. Greubel, hereby certify that on April 5, 2021, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's electronic filing system.

                                        */s/ Greg H. Greubel*
                                        Greg H. Greubel