# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY DIEI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-2071-JTF-cgc |
| | ) | |
| **RANDY BOYD,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REFERRING OBJECTIONS TO THE MAGISTRATE JUDGE

Before the Court are Objections that have been submitted by eleven (11) students or graduates of the University of Tennessee Health Science Center College of Pharmacy to the Production in Discovery of their Educational Records pursuant to notices that were rendered by the Defendants on or about February 4, 2022. (ECF No. 51.) The Court directs the parties to submit additional briefing regarding the students' Objections on or before Friday, June 24, 2022. The Court also refers the Objections to the assigned Magistrate Judge for determination pursuant to 28 U.S.C. § 636 (b)(1)(A).

**IT IS SO ORDERED** on this 26th day of May 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE