# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY DIEI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 21-cv-2071-JTF-cgc |
| ) | |
| **RANDY BOYD,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

Before the Court is the Parties' Joint Motion to Stay Discovery that was filed on November 30, 2021. (ECF No. 46.) For good cause shown, the Motion is GRANTED. The Court will stay this matter pending a resolution of the pending dispositive motions.

**IT IS SO ORDERED** on this 26th day of May 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE