THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| KIMBERLY DIEI, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL NO. 2:21-cv-02071-JTF-cgc |
| RANDY BOYD, et al., | |
| Defendants. | |

### ORDER GRANTING ATTORNEY KATLYN A. PATTON'S
### UNOPPOSED MOTION TO WITHDRAW REPRESENTATION

Before the Court is attorney Katlyn A. Patton's Unopposed Motion to Withdraw Representation filed July 14, 2022. (ECF No. 62.) Finding good cause, the motion is **GRANTED**. Accordingly, Attorney Katlyn A. Patton is allowed to withdraw and Attorneys Greg Harold Greubel and Edd Peyton will remain as counsel for Plaintiff in this action.

**IT IS SO ORDERED** on this 15th day of July, 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE