Privileged & Confidential
Attorney Work Product
Draft of May 11, 2023

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY DIEI, *Plaintiff*, v. RANDY BOYD, *et al.*, *Defendants*. | CIVIL ACTION NO.: 2:21-cv-02071-JTF-cgc |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Under Federal Rule of Civil Procedure 6, Plaintiff Kimberly Diei respectfully submits this Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. In support of this Motion, Plaintiff states the following:

1. On May 10, 2023, Defendants filed a Motion to Dismiss All Claims for Declaratory and Injunctive Relief for Lack of Subject Matter Jurisdiction—Mootness. ECF No. 64.

2. Under Local Rule 7.2, Plaintiff's response to the Motion is due on May 24, 2023.

3. Plaintiff requires additional time to respond because her counsel, Greg Greubel, is away on a pre-planned vacation from May 11, 2023, to May 23, 2023.

4. Opposing counsel has consented to an extension of thirty (30) days, which would make Plaintiff's response due on June 23, 2023.

5. Per Local Rule 7.2, Plaintiff is submitting a proposed order with this Motion.

Therefore, Plaintiff requests that the Court enter an order granting Plaintiff an additional thirty (30) days, up to and including June 23, 2023, to file a response to Defendants' Motion.

1

Privileged & Confidential
Attorney Work Product
Draft of May 11, 2023

Respectfully Submitted,

/s/ Greg H. Greubel
GREG HAROLD GREUBEL*
PA Bar No. 321130; NJ Bar No. 171622015
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org

*Admitted *Pro Hac Vice*

/s/ Edd Peyton
EDD PEYTON
TN Bar No. 25635
SPICER RUDSTROM, PLLC
119 South Main, Suite 700
Memphis, Tennessee 38103
Tel: (901) 522-2318
Fax: (901) 526-0213
epeyton@spicerfirm.com

Privileged & Confidential
Attorney Work Product
Draft of May 11, 2023

## **CERTIFICATE OF CONSULTATION**

I, Greg H. Greubel, certify that I consulted with Frank H. Lancaster, attorney for Defendants, via email on May 10, 2023, and he has consented to this motion.

/s/ Greg H. Greubel
Greg H. Greubel

Privileged & Confidential
Attorney Work Product
Draft of May 11, 2023

**CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, May 12, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

Frank H. Lancaster
UNIVERSITY OF TENNESSEE
Office of General Counsel
719 Andy Holt Tower
Knoxville, TN 37996-0170
Tel: (865) 974-2544
flancast@tennessee.edu

/s/ Greg H. Greubel
Greg H. Greubel