IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY DIEI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 21-cv-2071-JTF |
| ) | |
| **RANDY BOYD,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with prejudice in accordance with the Order Granting Defendants' Motions to Dismiss entered on August 3, 2023, and the Order rendering Motion to Dismiss for Lack of Subject Matter Jurisdiction Moot that was entered on August 4, 2023.

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

Wendy R. Oliver  
CLERK

August 8, 2023  
DATE

s/Lorri J. Fentress  
(BY) LAW CLERK