# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY DIEI, *Plaintiff*, v. RANDY BOYD, *et al.*, *Defendants.* | **Civil Action No.: 2:21-cv-02071-JTF-cgc** **Notice of Appeal** |

In accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Kimberly Diei respectfully gives notice that she appeals to the United States Court of Appeals for the Sixth Circuit from the United States District Court for the Western District of Tennessee's judgment entered on August 8, 2023, dismissing all of Plaintiffs' claims with prejudice. In appealing from that final judgment, Plaintiff also appeals from all orders ancillary to that judgment, including Order Granting Defendants' Motion to Dismiss and Order Finding Discovery Motions Moot (ECF Nos. 69 and 70) and Judgment Entry (ECF No. 71).

Respectfully Submitted,
Dated: August 24, 2023

/s/ Greg Harold Greubel
GREG HAROLD GREUBEL

1

PA Bar No. 321130; NJ Bar No. 171622015; CA Bar No. 343028; IA Bar No. 201452
(Admitted *pro hac vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org

EDD PEYTON
TN Bar No. 25635
SPICER RUDSTROM, PLLC
119 South Main, Suite 700
Memphis, Tennessee 38103
Tel: (901) 522-2318
Fax: (901) 526-0213
epeyton@spicerfirm.com


*Attorneys for Plaintiff Kimberly Diei'*

## **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, August 24, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

Frank H. Lancaster
UNIVERSITY OF TENNESSEE
Office of General Counsel
719 Andy Holt Tower
Knoxville, TN 37996-0170
Tel: (865) 974-2544
flancast@tennessee.edu

*Counsel for Defendants Randy Boyd, Christa George, Brad Box, John Compton, Kara Lawson, Alan Wilson, Amy Miles, Charles Hatcher, Decosta Jenkins, Donnie Smith, Jamie Woodson, Kim White, and William Rhodes*

| | |
|---|---|
| Greg H. Greubel<br>FOUNDATION FOR INDIVIDUAL RIGHTS<br>    AND EXPRESSION<br>510 Walnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Tel: (215) 717-3473<br>greg.greubel@thefire.org | Edd L. Peyton<br>SPICER RUDSTROM PLLC<br>119 South Main Street<br>Suite 700<br>Memphis, TN 38103<br>Tel: (901) 522-2313<br>epeyton@spicerfirm.com |

*Counsel for Plaintiff Kimberly Diei*

Dated: August 24, 2023

                                                */s/ Greg H. Greubel*
                                                Greg H. Greubel