# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| **KIMBERLY DIEI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-cv-02071-JTF-cgc |
| ) | |
| **RANDY BOYD, ET AL.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Counsel for the Defendants hereby notifies the Court on behalf of the parties that the parties have reached a settlement of this lawsuit, and expect to finalize the settlement and file a stipulation of dismissal, pursuant to Rule 41 of the Federal Rules of Civil Procedure, within two weeks.

Respectfully submitted this 22nd day of January, 2025.

                                            */s/ Frank H. Lancaster*
                                            Frank H. Lancaster, BPR # 030650
                                            Associate General Counsel
                                            University of Tennessee
                                            505 Summer Place – UT Tower 1159
                                            Knoxville, TN 37902
                                            (865) 974-3245
                                            flancast@tennessee.edu

                                            Attorney for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's electronic filing system.

        */s/ Frank H. Lancaster*