# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| KIMBERLY DIEI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-cv-2071-JTF-cgc |
| ) | |
| RANDY BOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based on the stipulation of all parties to this action, the Plaintiff hereby dismisses all claims in this action with prejudice, with each party to bear her or his own costs and attorney's fees.

Respectfully submitted this 29th day of January, 2025.

/s/ *Greg Harold Greubel*
Greg Harold Greubel (PA Bar No. 321130; NJ Bar No. 171622015; CA Bar No. 343028; IA Bar No. AT0015474)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
greg.greubel@thefire.org

Edd Peyton (TN Bar No. 25635)
Spicer Rudstrom, PLLC
119 South Main, Suite 700
Memphis, Tennessee 38103
Tel: (901) 522-2318
epeyton@spicerfirm.com

*Attorneys for Plaintiff*

/s/ *Frank Lancaster*
Frank Lancaster
Associate General Counsel
University of Tennessee Office of the General Counsel
719 Andy Holt Tower
Knoxville, Tennessee 37996
(865)-974-2544
flancast@tennessee.edu

*Attorney for Defendants*