# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY DIEI,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) Case No. 2:21-cv-02071-JTF-cgc |
| **RANDY BOYD,** *et al*, | ) ) ) |
| **Defendants.** | ) |

## JUGDMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed in accordance with the Stipulated Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed on January 29, 2025.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

June 25, 2025
DATE

Wendy R. Oliver
CLERK

s/Lorri J. Fentress
(BY) LAW CLERK